1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  LIANA MAYILYAN (SBN 295203)
   lmayilyan@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6  Attorneys for Defendant
   Central Finance Control

         UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA

Yoshio I Acosta,                )   CASE NO.: 5:16-cv-00074-VAP-DTB
                                )
              Plaintiff,        )   **NOTICE OF SETTLEMENT**
                                )
       vs.                      )
                                )
Central Finance Control,        )
                                )
              Defendant.        )
_____)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT plaintiff Yoshio I Acosta ("Plaintiff") and defendant Syndicated Office Systems dba Central Financial Control, erroneously sued herein as Central Finance Control ("Defendant") have reached an agreement to settle all of Plaintiff's claims against Defendant pending in this action. The parties are in the process of finalizing the settlement agreement and anticipate filing a joint request for dismissal, with prejudice, within sixty days.[1]

DATED: January 18, 2017        SIMMONDS & NARITA LLP
                               JEFFREY A. TOPOR
                               LIANA MAYILYAN

                               By:  s/ Liana Mayilyan
                                    Liana Mayilyan
                                    Attorneys for Defendant
                                    Central Finance Control

---

[1] The parties will endeavor to do so in less than sixty days; however, due to the fact that Plaintiff is presently incarcerated, finalizing the settlement and dismissal papers may take longer than usual, to the extent there are delays in the delivery of mail to and from Plaintiff.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)   **NOTICE OF SETTLEMENT**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressee indicated below:

**VIA U.S. MAIL**

Yoshio I. Acosta
REG 73486-280
Federal Correctional Institute 2
Post Office Box 3850
Adelanto, CA 92301

*Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 18th day of January, 2017

_____
Rosana M. Klingerman
*Paralegal, Simmonds & Narita LLP*